**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: GENEVIEVE BUSH
:  No. 648 MAL 2023
:
:

PETITION OF: MARY BUSH
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.